UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VALERIE SLAUGHTER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| Vs. ) | Case No. 4:06CV00804 ERW |
| ) | |
| FRED WEBER, INC., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Motions for Appointment of Counsel [doc. #4 and #20]. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice and Plaintiff's request for counsel is **GRANTED**.

Accordingly,

**IT IS HEREBY ORDERED** that Jennifer R. Hargis of Rabbitt and Pitzer, 100 S. Fourth Street, Suite 400, St. Louis, MO, 63102, phone 314-421-5545, fax 314-421-3144, is appointed to represent Plaintiff in this matter. The Clerk of the Court shall provide Plaintiff's newly-appointed counsel with copies of any requested documents from the Court file at no cost.

The Court further notes that Defendants' Motion to Dismiss [doc. #14] remains pending. Plaintiff's newly appointed counsel shall have up to and including **January 26, 2007**, to file a Response to Defendants' Motion to Dismiss.

Dated this 11th day of December, 2006.

E. Richard Webber
United States District Judge