# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| VALERIE SLAUGHTER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV00804 ERW |
| ) | |
| FRED WEBER, INC., ) | |
| LABORER'S LOCAL 670, ) | |
| Defendant(s). ) | |

## ORDER OF APPOINTMENT

The Court has been notified of a conflict of interest in the representation of Plaintiff by Attorney Jennifer R. Hargis and the law firm of Rabbitt and Pitzer. This appointment is VACATED and new counsel for Plaintiff will be appointed.

Accordingly,

**IT IS HEREBY ORDERED** that Susan Nell Rowe, Stolar Partnership, 911 Washington Avenue, Seventh Floor, St. Louis, MO 63101, phone 314-231-2800, fax 314-436-8400, is appointed to represent Plaintiff Valerie Slaughter in this matter. The Clerk of Court shall provide counsel with a copy of any requested documents from the Court file at no cost.

The Court further notes that Defendants' Motion to Dismiss [doc. #14] remains pending. Plaintiff's newly appointed counsel shall have up to and including **February 16, 2007**, to file a Response to Defendants' Motion to Dismiss.

So Ordered this 21st day of December, 2006..

E. Richard Webber
United States District Judge